AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 13 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ERIC WAYNE LAWRENCE | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 4:16cr00059 JM<br>USM No. 36212-044<br><br>Nicole Lybrand<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    General, Standard, Special    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 - General | Unlawful use of controlled substance | 11/11/2016 |
| 3 - Standard (7) | Unlawful use of controlled substance | 11/11/2016 |
| 4 - Special (1) | Failure to submit to drug testing | 03/16/2017 |
| 5 - Standard (9) | Association with person convicted of a felony w/o permission | 04/13/2017 |

     The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) __1 - General__ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5735

Defendant's Year of Birth: 1971

City and State of Defendant's Residence:
Blytheville, Arkansas

04/13/2017
Date of Imposition of Judgment

_/s/ J. Moody_
Signature of Judge

JAMES M. MOODY JR      U.S. District Judge
Name and Title of Judge

4/13/17
Date

DEFENDANT: ERIC WAYNE LAWRENCE
CASE NUMBER: 4:16cr00059 JM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

FOURTEEN (14) MONTHS with no supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

1) The Court recommends the defendant participate in residential substance abuse treatment.
2) The Court recommends the defendant be designated to FCI Forest City to be close to family.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☑ before 2 p.m. on  05/30/2017  .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL